74483, 74484. EMORY UNIVERSITY v. HOUSTON; and vice versa.
(373 SE2d 236)

BEASLEY, Judge.

On certiorari our decision affirming in part and reversing in part the trial court in *Emory Univ. v. Houston*, 185 Ga. App. 289 (364 SE2d 70) (1987) was reversed in *Emory Clinic v. Houston*, 258 Ga. 434 (369 SE2d 914) (1988). Accordingly, our decision is vacated inso-

far as it conflicts with that of the Supreme Court and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed in part, reversed in part, and case remanded. McMurray, P. J., and Sognier, J., concur.*

DECIDED SEPTEMBER 21, 1988.

*Sidney F. Wheeler, J. M. Hudgins IV, Earl W. Gunn*, for appellant.

*Timothy R. Brennan, Taylor W. Jones*, for appellee.